```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ROWE PLASTIC SURGERY OF NEW JERSEY,      :     23cv8529 (DLC)
L.L.C., et al.,                          :
                                         :         ORDER
                              Plaintiffs,:
                                         :
               -v-                       :
                                         :
AETNA LIFE INSURANCE COMPANY,            :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received plaintiffs' October 6, 2023 request, it is hereby

ORDERED that the **October 10** conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749
        Access Code:   4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
         October 6, 2023

                                        _____
                                          DENISE COTE
                               United States District Judge