UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    23cv8529 (DLC)
ROWE PLASTIC SURGERY OF NEW JERSEY,    :
L.L.C., et al.,                        :    ORDER
                                       :
                         Plaintiffs,   :
                                       :
              -v-                      :
                                       :
AETNA LIFE INSURANCE COMPANY,          :
                                       :
                         Defendant.    :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on October 10, 2023, it is hereby

   ORDERED that, by **October 27, 2023**, the parties shall submit a joint letter proposing a schedule for this litigation.

Dated:    New York, New York
          October 10, 2023

                                       _____
                                              DENISE COTE
                                       United States District Judge