```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :    23cv8529 (DLC)
ROWE PLASTIC SURGERY OF NEW JERSEY,   :
L.L.C., et al.,                       :    ORDER
                                      :
                         Plaintiffs,  :
                                      :
              -v-                     :
                                      :
AETNA LIFE INSURANCE COMPANY,         :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

An October 10, 2023 Order required the parties to submit by October 27 a joint letter proposing a schedule for this litigation. Chambers called counsel for the plaintiffs on October 31 to notify them of the missed deadline. It is hereby

ORDERED that, by **November 6, 2023**, the parties shall submit a joint letter proposing a schedule for this litigation.

IT IS FURTHER ORDERED that any failure to file timely may result in dismissal for failure to prosecute.

Dated:   New York, New York
         November 3, 2023

                                         _____
                                              DENISE COTE
                                         United States District Judge