UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C.,
and EAST COAST PLASTIC SURGERY, P.C.,

                Plaintiff,                23 **CIVIL** 8529 (DLC)

      -v-                                **JUDGMENT**

AETNA LIFE INSURANCE COMPANY,

                Defendant.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 1, 2024, defendant's November 22, 2023 motion to dismiss the amended complaint with prejudice is granted.

**Dated:** New York, New York

      February 1, 2024

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                              **BY:** _____
                                                       **Deputy Clerk**